UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON SALTER, #101124 | CIVIL ACTION NO.  15-1298 |
| VERSUS | SECTION "N" |
| N. BURL CAIN | MAGISTRATE (3) |

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes Warren Montgomery, District Attorney for St. Tammany Parish, State of Louisiana, who denies each and every allegation of the Application for Writ of Habeas Corpus filed herein, except as hereinafter specifically admitted and further respectfully represents:

1.

The State admits that petitioner, Aaron Salter (hereinafter referred to as "Salter"), is a state court prisoner incarcerated following a guilty verdict of one count of aggravated burglary.  Petitioner was adjudicated a fourth felony offender and sentenced to life imprisonment without benefit of probation, parole or suspension of sentence.  The conviction, multiple offender adjudication and sentence were affirmed by the First Circuit

Court of Appeal, and the related writ application was denied by the Louisiana Supreme Court.

2.

The State further sets forth below the applicable dates herein:

| **Date** | **Description** |
|---|---|
| 07/15/11 | Salter was convicted of one count of aggravated burglary |
| 10/10/11 | Salter was adjudicated a fourth felony offender and sentenced to life imprisonment without benefit of probation, parole or suspension of sentence |
| 09/21/12 | First Circuit Court of Appeal affirmed Salter's conviction, multiple offender adjudication and sentence (2011-KA-2330) |
| 10/25/12 | First Circuit Court of Appeal denied Salter's application for rehearing |
| 05/03/13 | Louisiana Supreme Court denied Salter's writ application (2012-K-2518) |
| 08/01/13 | Conviction final for AEDPA purposes |
| 09/10/13 | Salter filed an application for post-conviction relief |
| 09/23/13 | Application for post-conviction relief denied |
| 02/27/14 | First Circuit Court of Appeal denied Salter's writ application (2013-KW-1798) |
| 12/08/14 | Louisiana Supreme Court denied Salter's writ application (2014-KH-639) |
| 04/20/15 | This habeas application was signed by Salter |

3.

The remainder of the allegations of the Application for Writ of Habeas Corpus filed herein by applicant, Aaron Salter, are denied.

4.

The State of Louisiana alleges that this petition should be dismissed for failure to exhaust state court remedies or on the merits.

5.

Defendant herein further adopts and incorporates the legal authority set forth in the Memorandum in Opposition to Application for Habeas Corpus Relief.

WHEREFORE, the State of Louisiana prays that this Answer be deemed good and sufficient and after all due proceedings are had that there be judgment herein dismissing applicant's claims and for all other general and equitable relief as this Court deems proper.

    Respectfully submitted:

By:   s/Kathryn Landry_____
       KATHRYN LANDRY, Bar No. 19229
       P. O. Box 82659
       Baton Rouge, LA 70884
       Telephone: (225) 766-0023
       Facsimile: (225) 766-7341

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been mailed to the opposing party herein:

Aaron Salter #101124
Louisiana State Penitentiary
Camp D, Eagle 1
Angola, LA 70712

Baton Rouge, Louisiana this 29th day of July, 2015.

s/Kathryn Landry
KATHRYN LANDRY