IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON SALTER, #101124      CIVIL ACTION

NUMBER: 15-1298 "N" (3)

Vs.

JUDGE: _____

N. BURL CAIN, Warden      MAGISTRATE: Daniel E. Knowles III

## OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION

MAY IT PLEASE THE COURT:

NOW INTO COURT comes Aaron Salter, (Petitioner) in a pro se capacity, who respectfully presents his "Objection to Magistrate's Report and Recommendation"; and who respectfully prays this Honorable Court will accept and consider same as timely, and thereafter subsequent to conducting a de novo review of the Magistrate's Report and Recommendation, reject said recommendation of dismissal of Petitioner's petition for federal habeas corpus relief; thus, granting Petitioner federal habeas corpus relief by annulling, vacating, and setting aside the state-court conviction and sentence.

Petitioner Aaron Salter petitioned this Court for a Writ of Habeas Corpus. Report and Recommendation was made by U.S. Magistrate Judge, Daniel E. Knowles III on August 18, 2015. The foregoing are written objections to those proposed findings, conclusions, and recommendation.

Mr. Salter is simultaneously filing a Motion to Stay Proceedings in this Honorable Court as the Magistrate has stated that one of the Claims on Direct Appeal (Insufficient Evidence) was not fully exhausted in the State Courts.

Through no fault of his own, the Assignment of Error concerning insufficient evidence during the course of the Direct Appeal was abandoned by Frank Sloan, appointed Louisiana Appellate Project counsel, abandoned this Claim during the Application for Rehearing, and also failed to submit such to the Louisiana Supreme Court for review of the merits. As Mr. Salter is a layman of the law, and untrained in the proper filings of legal proceedings, he was unaware of this fact until the Honorable Daniel E. Knowles, III had stated such in his Report and Recommendation.

## LAWS AND ARGUMENT

Petitioner's Objections are based on the following: (in part):

As the Magistrate has failed to address the merits of the Issues in this matter, Mr. Salter is only Objecting to the Recommendation that this Petition be **Dismissed Without Prejudice.**

Mr. Salter is requesting that this Honorable Court Grant his enclosed Motion to Stay Proceedings to allow him the opportunity to present the Assignment of Error citing ineffective assistance of trial counsel to the Louisiana Supreme Court in order to exhaust.

*A. The details of the Report and Recommendation:*

U.S. Magistrate Judge proposed that under State and Federal standards, Petitioner's trial counsel had basis to object the charges read to the jury in response to its question, that "Before seeking a federal writ of habeas corpus, a state prisoner must exhaust available state remedies, 28 U.S.C. § 2254(b)(1)..."

After a review of the record, Mr. Salter is not in disagreement with the Magistrate in the Recommendation of the failure to exhaust. However, Mr. Salter is requesting the opportunity to exhaust the one Issue with the Louisiana Supreme Court before taking the Magistrate's Recommendation into consideration.

*B. Argument:*

Through no fault of his own Mr. Salter has filed a "mixed" Petition into this Honorable Court. Due to the appellate counsel's abandonment of the Assignment of Error concerning the insufficient evidence, Mr. Salter does not desire to have the sufficiency of the evidence abandoned during the course of the federal review.

## CONCLUSION

Based on the foregoing, Petitioner submits that his Claim for habeas corpus relief are with merit, and that he should be allowed a Stay in order to exhaust state remedies. The Stay should therefore be issued and then Mr. Salter allowed to proceed after the ruling from the Louisiana Supreme Court.

Respectfully submitted,

*Aaron Salter*
Aaron Salter, #101124
CBC/UL-14
Louisiana State Penitentiary
Angola, Louisiana 70712-9818

## CERTIFICATE OF SERVICE

I, <u>Aaron Salter, #101124</u>, hereby certify that a true and correct copy of the forgoing has been served upon the Clerk of Court in the United States District Court for Louisiana, via electronic filing pilot program, this <u>25th</u> day of <u>August, 2015</u>.

*Aaron Salter*
Aaron Salter