TENDERED FOR FILING
AUG 25 2015
U.S. DISTRICT COURT
Eastern District of Louisiana
_____ Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 25 2015
WILLIAM W. BLEVINS
CLERK

AARON SALTER

VERSUS

N. BURL CAIN, WARDEN
LOUISIANA STATE PENITENTIARY

CIVIL ACTION

NUMBER: 15-1298

SECTION: "N" (3)

## MOTION FOR STAY OF PROCEEDINGS

**NOW INTO COURT** comes Aaron Salter, who humbly requests that this Honorable Court Stay the proceedings on Movant's Petition for Habeas Corpus Relief and allow him to amend and/or supplement his Petition before answer served after having fully exhausted State remedies on claims not fully exhausted in the Louisiana Supreme Court, in considering of the following:

### 1.

Mr. Salter was convicted in State Court proceedings and subsequently sentenced as a habitual offender. Mr. Salter appealed. Mr. Salter contends that the appellate counsel appointed to his appeal failed to fully exhaust his claims in the Louisiana Supreme Court. As a result of attorney's actions, Mr. Salter is unable to have all of his claims in the federal courts.

### 2.

Mr. Salter contends that the issue abandoned by the appellate counsel has merit, and would be granted relief in the arena of the federal court system. However, as these claims have not been fully exhausted in the State Courts, he is unable to address these issues in this Honorable Court.

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**3.**

Mr. Salter was advised by the Inmate Counsel Substitute assigned to his unit that these issues must be fully exhausted in the State Courts before addressing them in habeas proceedings. It is from this advice that Mr. Salter seeks this Stay and Abeyance.

## PRAYER/CONCLUSION

WHEREFORE, Mr. Salter prays that this Honorable Court Stay the instant proceedings and Grant him leave to supplement/amend his petition, if necessary, after having exhausted remedies available to him on other claims for relief. This Stay would allow Mr. Salter to fully exhaust his claims in the Louisiana Supreme Court, and allow him review in the United States Eastern District Court of these claims.

Respectfully submitted this 25th day of August, 2015.

Aaron Salter #101124
CBC/UL-14
Louisiana State Prison
Angola, LA 70712

## CERTIFICATE OF SERVICE

I, Aaron Salter, #101124, hereby certify that a true and correct copy of the forgoing has been served upon the Clerk of Court in the United States District Court for Louisiana, via electronic filing pilot program, this 25th day of August, 2015.

District Attorney's Office
22nd Judicial District Court
701 N. Columbia St.
Covington, LA 70433

Aaron Salter