UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AARON SALTER                                        CIVIL ACTION

VERSUS                                              NUMBER: 15-1298

N. BURL CAIN, WARDEN                                SECTION: "N" (3)
LOUISIANA STATE PENITENTIARY

## ORDER

PREMISES CONSIDERED IN THE ABOVE AFOREMENTIONED MOTION TO STAY:

IT IS HEREBY ORDERED that the proceeding on Mr. Salter's Petition for Writ of Habeas

Habeas Corpus be suspended until such time as State remedies have been exhausted; thereafter, Mr.

Salter may Supplement / Amend his petition before rulings.

DONE AND SIGNED THIS ___ DAY OF _____, 2015, IN CHAMBERS BY THE

HONORABLE:

_____
JUDGE

Clerk of Court:

Please Serve:

Petitioner, Aaron Salter #101124, Louisiana State Prison

Respondent, District Attorney, Parish of St. Tammany