UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON SALTER | CIVIL ACTION |
| versus | NO. 15-1298 |
| N. BURL CAIN | SECTION: "N" (3) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection's to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 25, 2015 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Therefore,

**IT IS ORDERED** that the motion to stay proceedings filed by Aaron Salter, Rec. Doc. 15, is **DENIED**.

**IT IS FURTHER ORDERED** that the petition for federal *habeas corpus* relief filed by **Aaron Salter** is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 4th day of September, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE