UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON SALTER, #101124 | CIVIL ACTION NO. 15-1298 |
| VERSUS | SECTION "N" |
| N. BURL CAIN | MAGISTRATE (3) |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Warren Montgomery, District Attorney for St. Tammany Parish, State of Louisiana, who moves to withdraw Kathryn W. Landry as counsel of record and substitute Matthew Caplan as counsel of record.

WHEREFORE, Warren Montgomery, District Attorney for St. Tammany Parish, State of Louisiana, moves to withdraw Kathryn W. Landry as counsel of record and substitute Matthew Caplan as counsel of record herein.

Respectfully submitted:

By:   s/Kathryn Landry
KATHRYN LANDRY, Bar No. 19229
P. O. Box 82659
Baton Rouge, LA 70884
Telephone: (225) 766-0023

By:   s/Matthew Caplan
MATTHEW CAPLAN, Bar No. 31650
701 N. Columbia St.
Covington, LA 70433
Telephone: (985) 809-8383

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been mailed to the opposing party herein:

Aaron Salter #101124
Louisiana State Penitentiary
Camp D, Eagle 1
Angola, LA 70712

Baton Rouge, Louisiana this 26th day of January, 2016.

s/Kathryn Landry
KATHRYN LANDRY