## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AARON SALTER, #101124** | **CIVIL ACTION NO. 15-1298** |
| **VERSUS** | **SECTION "N"** |
| **N. BURL CAIN** | **MAGISTRATE (3)** |

## ORDER

Considering the foregoing Motion To Substitute Counsel of Record:

**IT IS HEREBY ORDERED** that Matthew Caplan is substituted as counsel of record for Warren Montgomery, District Attorney for St. Tammany Parish, State of Louisiana, and Kathryn W. Landry is withdrawn as counsel in this action.

New Orleans, Louisiana, this __27th__ day of January, 2016.

_____
JUDGE